UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TROY BURNS and KELLY BURNS, and the marital community comprised thereof,<br><br>                      Plaintiffs,<br>    v.<br><br>DYNIA AND ASSOCIATES, an Illinois limited liability company, also known as D&A Services, also known as D&A Services, LLC; and SECOND ROUND SUB, LLC, a Texas limited liability company,<br><br>                      Defendants. | NO:  2:15-CV-360-RMP<br><br>ORDER OF DISMISAL WITH PREJUDICE |

**BEFORE** the Court is the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 18.  Having reviewed the Motion and the file and pleadings therein, the Court finds good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss with Prejudice, **ECF No. 18**, is **GRANTED**.  Plaintiffs' Complaint is dismissed with prejudice and without costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 26th day of July 2016.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2